CRAIG CARPENITO
United States Attorney
By: MARK C. ORLOWSKI
Assistant U.S. Attorneys
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-2760
Attorney for the Plaintiff,
United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Action No. 17-244 |
| v. | CONSENT JUDGMENT |
| JHJ ENTERPRISES, LLC, OMEGA SERVICE MAINTENANCE CORPORATION, JORGE E. TAYLOR, JORGE B. TAYLOR, and ROBERT STAPLETON, | |
| Defendants. | |

Plaintiff, United States of America (the "United States"), by its undersigned attorney (Craig Carpenito, United States Attorney, Mark C. Orlowski, appearing), having filed a Complaint against Defendant, Jorge B. Taylor ("Taylor"), among others, and Taylor having appeared by his undersigned attorney, Paul B. Brickfield, Esq., and the United States and Taylor consented to entry of this Consent Judgment;

1

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the subject matter and the parties executing this Decree.

2. The Complaint alleges a cause of action against Taylor under the False Claims Act, 31 U.S.C. § 3729, et seq. (the "False Claims Act")

3. Judgment is hereby entered against Taylor in the amount of eight four thousand, six hundred dollars ($84,600.00), payable to the United States Treasury.

4. This judgment shall not be subject to the Department of Justice's Treasury Offset Program, and the United States shall not garnish income obtained by Taylor from the United States Treasury, from any Social Security benefit programs, including, without limitation, income derived from the Social Security Disability Insurance Programs.

5. The United States and Defendants shall each bear their own legal and other costs incurred in connection with this matter.

6. The undersigned counsel each represent that they have been duly authorized by their respective clients to execute this Consent Judgment.

7. The Court retains jurisdiction of this matter to the extent necessary to enforce the terms and conditions of this Consent Judgment.

SO ORDERED this 6th day of August, 2019.

_____
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

We hereby consent to the terms and entry of the above order:

On behalf of the United States of America:

CRAIG CARPENITO
United States Attorney

*[signature]*

MARK C. ORLOWSKI
Assistant United States Attorney
Attorney for Plaintiff,
United States of America

On behalf of Jorge B. Taylor

*[signature]*

PAUL B. BRICKFIELD, ESQ.
Attorney for Defendant,
Jorge B. Taylor