CRAIG CARPENITO
United States Attorney
By: MARK C. ORLOWSKI
Assistant U.S. Attorneys
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-2760
Attorney for the Plaintiff,
United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Action No. 17-244 |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| JHJ ENTERPRISES, LLC, OMEGA SERVICE MAINTENANCE CORPORATION, JORGE E. TAYLOR, JORGE B. TAYLOR, and ROBERT STAPLETON, | |
| | Document Electronically Filed |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A), of the Federal Rules of Civil Procedure, it is hereby stipulated that, the United States of America having reached a compromise settlement with defendant Jorge E. Taylor and a Consent Judgment having been entered against defendant Jorge B. Taylor in favor of the United States of America, the Complaint filed by plaintiff United States of America against defendant JHJ Enterprises, LLC, Omega Service Maintenance Corporation, and Robert Stapleton

1

in the above-entitled action, is hereby dismissed without prejudice as to defendants JHJ Enterprises, LLC, Omega Service Maintenance Corporation, and Robert Stapleton only, with each party bearing its own fees, costs and expenses.

CRAIG CARPENITO
United States Attorney

*s/ Mark C. Orlowski*
MARK C. ORLOWSKI
Assistant U.S. Attorney
Attorney for Plaintiff,
United States of America

Dated: January 14, 2020

So Ordered this 16th day of January, 2020

Hon. Michael Shipp, USDJ